IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| David Angel Sifuentes III, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-cv-00330-HFS |
| Oyo Fitness LLC, | ) |
| Defendant. | ) |

**ORDER**

Plaintiff proceeding pro se commenced this action against Defendant Oyo Fitness LLC on May 19, 2022. (Doc. 1). Plaintiff's motion to proceed in forma pauperis was granted on October 31, 2022. (Doc. 3).

After several issues with service, the registered agent for Oyo Fitness was served on December 27, 2023. (Doc. 16). To date, defendant has not filed an answer or other response. After failing to answer or otherwise appear, plaintiff sought entry of default. (Doc.17).[1] By order dated February 21, 2024, defendant was directed to show cause why the relief sought should not be granted. (Doc. 20). To date, defendant has not appeared in this action or responded to the show cause order. Plaintiff has now filed two motions for default judgment. (Docs. 18, 21).

Because entry of default is a prerequisite to the grant of default judgment that part of the motion seeking judgment by default is premature. <u>Citimortgage, Inc. v. Premier Mortg. Capital, Inc.</u>, 2010 WL 1838731 * 2 (E.D.Mo.)(Even when a defendant is technically in default and all of the requirements for a default judgment are satisfied, a plaintiff is not entitled to default judgment as a matter of right).

Accordingly, it is hereby

---

[1] Although filed as a motion for default judgment, it was titled as one for entry of default.

ORDERED that plaintiff's motion (Doc. 21) is GRANTED in part, and DENIED in part. The Clerk of the Court is directed to enter default against defendant, Oyo Fitness LLC, and the defendant is hereby declared in DEFAULT, that part of the motion seeking default judgment is DENIED. It is further

ORDERED that the motion for default judgment (Doc. 18) seeks the same relief as that in a subsequent motion (Doc. 21). Accordingly, the initial motion is DENIED as moot. (Doc. 18). It is further

ORDERED that the clerk of the court mail a copy of this order by regular mail, and certified mail, return receipt to the registered agent for Oyo Fitness LLC: CSC Layers Incorporating Service Company, 221 Bolivar Street, Jefferson City, Missouri 65101.

SO ORDERED.

                                                         */s/ Howard F. Sachs*
                                                    HOWARD F. SACHS
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 2, 2024
Kansas City, Missouri